BURNS *v.* THE STATE.

This case being for decision by a full bench, and the six Justices being evenly divided in opinion, the judgment is affirmed by operation of law.

Submitted October 20, — Decided November 3, 1903.

Indictment for adultery and fornication.     Before Judge Gober. Milton superior court.     August 26, 1903.

*J. A. Dodgen* and *J. P. Brooke,* for plaintiff in error.
*B. F. Simpson, solicitor-general,* contra.